**03 MBD 10408**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

FILED
CLERKS OFFICE
2003 DEC 19 A 10: 58
U.S. DISTRICT COURT
DISTRICT OF MASS.

| In re: | Pending in: |
|---|---|
| ESTATE OF JANET G. ROSOL and RAYMOND R. ROSOL, <br><br> Plaintiffs <br><br> v. <br><br> R.J. REYNOLDS TOBACCO COMPANY, <br><br> Defendant | THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF IOWA EASTERN DIVISION <br><br> No. 99-2089 EJM |

## MOTION OF TOBACCO CONTROL RESOURCE CENTER, INC. TO QUASH SUBPOENA DUCES TECUM

Now comes Tobacco Control Resource Center, Inc. (TCRC), a Massachusetts charitable corporation and moves to quash the subpoena duces tecum served upon it, a copy of which is attached hereto as Exhibit A. In support of this motion, TCRC relies upon its memorandum of law filed herewith, together with affidavits of its Executive Director, Kevin Kroner and E. Ralph Walker, Esquire, counsel for the plaintiff.

By its attorneys,

_____
Jeffrey S. Stern, (BBO No. 479460)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030

341046

## CERTIFICATE OF SERVICE

I, Jeffrey S. Stern, hereby certify that on the above date I served the within document by mailing a copy of same, postage prepaid, to the following counsel of record:

J. Todd Kennard, Esquire
Jones Day
41 South High Street,. Suite 1900
Columbus, OH  43215-6113

E. Ralph Walker, Esquire
Walker Law Firm, P.C.
2501 Grand Avenue, Suite E
Des Moines, Iowa 50312

Erin H. Higgins, Esquire
Conn Kavanaugh Rosenthal Peisch
& Ford, LLP
Ten Post Office Square
Boston, MA  02108

_____
Jeffrey S. Stern

341046