IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

FILED
IN CLERKS OFFICE
2003 DEC 19 A 10:58
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| In Re: ) | Pending in: |
| ) | |
| ESTATE OF JANET G. ROSOL and ) | THE UNITED STATES DISTRICT |
| RAYMOND R. ROSOL, ) | NORTHERN DISTRICT OF IOWA |
| ) | EASTERN DIVISION |
| Plaintiffs ) | No. 99-2089 EJM |
| ) | |
| v. ) | |
| ) | |
| R.J. REYNOLDS TOBACCO ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT OF E. RALPH WALKER IN SUPPORT OF MOTION TO QUASH**

E. Ralph Walker, being duly sworn, hereby deposes and says:

1. My name is E. Ralph Walker and I am a member of good standing of the Iowa Bar, and the managing member of the Walker Law Firm in Des Moines, Iowa. My firm represents the plaintiffs in this case.

2. I am strongly supportive of the motion by Tobacco Control Resource Center (TCRC) to quash the deposition subpoena, which we view as sharply invasive of the work-product privilege. I was one of the many attorneys who attended the 20th Conference of the Tobacco Products Liability Project ("TPLP") which is the subject of the subpoena.

3. The three individuals named in the subpoena, Dr. Allen Feingold[1], Mr. Robert Johnson and Dr. Louis Kyriakoudes have all been named as expert witnesses in

---

[1] Counsel for R.J. Reynolds sought certain documents from Dr. Feingold, in connection with the 20th Conference, which we opposed, in part, as set forth in the letter attached hereto as Exhibit A.

our case. From my personal knowledge, TPLP conferences are used by our law firm and by other plaintiffs' law firms in tobacco cases as opportunities to exchange information and develop winning litigation strategies. Attendance is closely controlled and a requirement that no attendees be in any way affiliated with a tobacco company is strictly enforced.

4.   Our ability to associate with other plaintiffs counsel, in similar cases, and to learn from them through the vehicle of TPLP conferences, will be severely prejudiced by allowing this defendant, or other tobacco companies, to defeat the confidential nature of our discussions.

Under the pains and penalties of perjury this __13th__ day of December, 2003.

_____
E. Ralph Walker