UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MBD NO. 03-10408-RGS

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
NO. 99-2089-EJM

ESTATE OF JANET G. ROSOL and RAYMOND R. ROSOL

v.

R.J. REYNOLDS TOBACCO COMPANY

ORDER ON MOTION TO
QUASH SUBPOENA DUCES TECUM

December 24, 2003

STEARNS, D.J.

The deposition notice is suspended pending a ruling by the court on the motion to quash. Defendant R. J. Reynolds Company will file a response on or before January 5, 2004.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE