FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

2003 DEC 30 P 4: 05

C.A. No. 03-MC-10408-RGS

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| In re: | ) | Pending in the United States |
| | ) | District Court, Northern District |
| ESTATE OF JANET G. ROSOL and | ) | of Iowa, Eastern Division |
| RAYMOND R. ROSOL, | ) | C.A. No. 99-2089 EJM |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| R.J. REYNOLDS TOBACCO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### ASSENTED-TO MOTION OF R.J. REYNOLDS TOBACCO COMPANY FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Defendant R.J. Reynolds Tobacco Company ("Reynolds") respectfully moves, pursuant to Local Rule 83.5.3(b), that its attorney, Elizabeth P. Kessler of the Ohio bar, from the law firm of Jones Day, be admitted *pro hac vice* to practice before this Court for purposes of this case only.

In support of this motion, Reynolds states that Ms. Kessler has been involved with its defense of the underlying action which is pending in the United States District Court in the Northern District of Iowa, and is familiar with the background of this case, and her admission *pro hac vice* will facilitate the just, speedy and inexpensive determination of this action. Ms. Kessler is a member in good standing in every jurisdiction in which she has been admitted to practice; there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and she is familiar with the Local Rules of the United States District Court for the District of Massachusetts. The Certificate required by Local Rule 83.5.3(b) is appended hereto at Tab A.

Reynolds has conferred with Jeffrey S. Stern, counsel for the Tobacco Control Resource Center ("TCRC"), the party moving to quash the subpoena issued by this Court, and TCRC assents to the allowance of this motion.

WHEREFORE, defendant R.J. Reynolds Tobacco Company respectfully requests that the Court grant its motion to admit Elizabeth P. Kessler of the law firm of Jones Day *pro hac vice* in this matter.

Respectfully submitted,
R.J. Reynolds Tobacco Company,
By its attorneys,

Thomas E. Peisch (BBO #393260)
Erin K. Higgins (BBO # 559510)
CONN KAVANAUGH ROSENTHAL PEISCH
& FORD, LLP
Ten Post Office Square
Boston, Massachusetts 02109
(617) 482-8200

-- and –

Elizabeth P. Kessler
**JONES DAY**
41 South High Street, Suite 1900
Columbus, OH  43215-6113

ASSENTED TO:

**TOBACCO CONTROL RESOURCE CENTER, INC.**
By its attorneys,

Jeffrey S. Stern (BBO#479460)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA  02114
(617) 227-3030

Dated:  December 30, 2003
190735.1

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party by facsimile and
by mail hand on 12/30/03

2